IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE SHERWOOD MOSS,

        Petitioner,                    No. CIV S-07-2429 FCD JFM P

    vs.

TOM VOSS, Executive Director,
Coalinga State Hospital,

        Respondent.               <u>ORDER TO SHOW CAUSE</u>

                                /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed January 25, 2008, respondent was ordered to file, within forty-five days, an answer to the instant petition. Respondent has not filed an answer to the petition. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus and shall show cause in writing why sanctions should not be imposed for the failure to file the answer timely. The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 17, 2008.

                                                                     /s/ John F. Moulds
                                                 UNITED STATES MAGISTRATE JUDGE

/001; moss2429.102