IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE SHERWOOD MOSS,

    Petitioner,               No. CIV S-07-2429 FCD JFM P

   vs.

TOM VOSS, Executive Director,
Coalinga State Hospital,

    Respondent.             <u>ORDER</u>

                          /

        Petitioner, proceeding pro se and in forma pauperis and presently committed to Coalinga State Hospital, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 18, 2008, respondent was directed to show cause why sanctions should not be imposed for the failure to timely file an answer. On March 21, 2008, respondent filed a response to the order to show cause and an answer to the petition. Good cause appearing, the order to show cause will be discharged and petitioner will be provided an opportunity to file a traverse.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 18, 2008 order to show cause is discharged; and

1

1        2. Within thirty days from the date of this order, petitioner may file a traverse.

2   DATED: March 31, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; moss2429.dsc