IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE SHERWOOD MOSS,

      Petitioner,                      No. CIV S-07-2429 FCD JFM P

    vs.

TOM VOSS, Executive Director,
Coalinga State Hospital,

      Respondent.                      ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 28, 2008 motion for appointment of counsel is denied without prejudice.

DATED: May 29, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

/mp;001
moss2429.110(2)